**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:16CR246** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOSHUE JONATAN MARTINEZ CORDERO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Joshue Jonatan Martinez Cordero (Filing No. 21). Ms. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 21) is granted.

Stephen P. Kraft, 319 South 17th Street, #700, Omaha, NE 68102, (402) 490-2473, is appointed to represent Joshue Jonatan Martinez Cordero for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Steenbock shall forthwith provide Mr. Kraft with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Steenbock which are material to Joshue Jonatan Martinez Cordero's defense.

The clerk shall provide a copy of this order to Mr. Kraft, and he shall file his appearance forthwith.

In order to provide new counsel adequate time to determine if any pretrial motions should be filed in this matter, the pretrial motion deadline of September 12, 2016, is hereby extended to September 30, 2016. The ends of justice have been served by extending such deadline and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of extending the deadline, i.e., **the time between September 12, 2016, and September 30, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due

diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)

**IT IS SO ORDERED.**

DATED this 1st day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge